# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIL AL SERYANI,<br><br>              Petitioner,<br><br>   v.<br><br>DEPARTMENT OF HOMELAND SECURITY; IMMIGRATION AND CUSTOM ENFORCEMENT,<br><br>              Respondents. | CASE NO. 5:17-CV-0322-JAK (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition as Moot, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and the action dismissed.

DATED: March 21, 2017

                                       HON. JOHN A. KRONSTADT
                                       U.S. DISTRICT JUDGE